| | |
|---|---|
| 1  ISMAIL J. RAMSEY (CABN 189820)<br>    United States Attorney<br>2<br>    MARTHA BOERSCH (CABN 126569)<br>3  Chief, Criminal Division<br>4  MICHAEL G. LAGRAMA (CABN 252734)<br>    Assistant United States Attorney<br>5<br>        450 Golden Gate Avenue, Box 36055<br>6       San Francisco, California 94102-3495<br>        Telephone: (415) 436-7241<br>7       FAX: (415) 436-7234<br>        Michael.Lagrama@usdoj.gov<br>8<br>    Attorneys for United States of America | **FILED**<br><br>Oct 21 2024<br><br>Mark B. Busby<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLY KAY PATTERSON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.  3:24-mj-71517 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on October 21, 2024, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☒   Indictment

☐   Information

☐   Criminal Complaint

☐   Other (describe) _____

pending in the Northern District of Texas, Case Number 2:24-cr-00070-E-BR.

In that case (copy of indictment attached), the defendant is charged with violations of Title United States Code, Section 875(c) and Title 18 United States Code, Section 115(a)(1)(B).

v. 7/10/2018

1 | Description of Charges: Count 1, Transmitting a Threatening Communication in Interstate Commerce
2 | (18 U.S.C. § 875(c)) and Count 2, Influencing Federal Official by Threat (18 U.S.C. §115(a)(1)(B)).
3 |     The maximum penalties are as follows:

4 | 5 years imprisonment for Count 1
5 | 10 years imprisonment for Count 2
   Supervised Release (up to 3 years for each count)
6 | Fine $250,000 for each count
   $100 special assessment for each count

                                  Respectfully Submitted,

                                  ISMAIL J. RAMSEY
                                  UNITED STATES ATTORNEY

Date: October 21, 2024            */s/ Michael G. Lagrama*
                                  MICHAEL G. LAGRAMA
                                  Assistant United States Attorney