| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 23 M | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Karen Hom | | REPORTER/LIBERTY RECORDING:<br>11:11-11:34 | |
| MAGISTRATE JUDGE<br>PETER H. KANG | | DATE<br>October 21, 2024 | | NEW CASE<br>☒ | CASE NUMBER<br>24-mj-71517 MAG-1 |

### APPEARANCES

| DEFENDANT<br>Dolly Patterson | AGE<br>66 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ned Smock, prov appt for today | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Michael Lagrama | | INTERPRETER<br>NA | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☒ |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Vanessa Vargas | | DEF ELIGIBLE FOR APPT'D COUNSEL ☒ | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR<br>Rule5 12 m | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>TRIAL SET |
|---|---|---|---|---|
| ☒ I.D. COUNSEL<br>1 M | ☐ ARRAIGNMENT | ☒ BOND HEARING<br>6 M | ☐ IA REV PROB. or or S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☒ ID / REMOV HRG<br>4 M | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME:<br>Dolly Kay Patterson |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT | ☒ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ 0.00 | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY & will be released. |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF   Northern District of Texas

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>11/4/2024 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT:<br>1:30 PM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☐ STATUS |
| BEFORE HON.<br>Judge Reno inTX | ☐ DETENTION HEARING | ☒ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Motion to Unseal Entire Case - Granted. Dft admits to being the person as being charged & waived her Identity/Removal Hearing. DPPA advisement. Dft shall appear at the Amarillo Courthouse, Rm. 321 before Judge Reno.

DOCUMENT NUMBER: