AO 467 (Rev. 01/09; CAND version 03/19) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

Case 3:24-mj-71517-MAG   Document 5   Filed 10/21/24   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| United States of America<br><br>v.<br><br>Dolly Kay Patterson,<br><br>Defendant. | Case No.  3:24-mj-71517- MAG (PHK)<br><br>Charging District:  Northern District of TX<br><br>Charging District's Case No.:<br>2:24-cr-00070-E-BR |
|---|---|

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this Court on October 21, 2024, the defendant is released from custody subject to conditions as set forth in the bond form and **ORDERED** to appear in the district court where the charges are pending to answer those charges.  The time and place to appear in that court are as follows:

| Place:<br><br>United States District Court for the<br>Northern District of Texas<br>Amarillo Division<br>J. Marvin Jones Federal Building<br>205 SE Fifth Avenue<br>Amarillo, TX 79101-1559 | Courtroom No.:  321 |
|---|---|
| | Date and Time:  November 4, 2024 at 1:30 pm<br><br>Before Magistrate Judge Lee Ann Reno |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so. The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated:  October 21, 2024

_____
PETER H. KANG
United States Magistrate Judge